```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 _____
                                )
THOMAS TRIPP,                   )
                                )
          Plaintiff,            )
                                )
          v.                    )   CIVIL ACTION NO.
                                )     14-14110-WGY
CAROLYN W. COLVIN, et al.,      )
                                )
          Defendants.           )
 _____ )
```

ORDER

YOUNG, D.J.                                        March 23, 2015

1. The motion (#2) for leave to proceed in forma pauperis is GRANTED.

2. Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, shall be substituted for defendant Michael Astrue, whom the plaintiff is suing in his official capacity only. See Fed. R. Civ. P. 25(d); Compl. ¶ 5.

3. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summonses, complaint, and this order upon the defendants as directed by plaintiff with all costs of service to be advanced by the United States. The plaintiff shall have 120 days from the date of this order to complete service.

4. The motion (#3) for service by the United States Marshals Service is GRANTED as set forth in the paragraph above. The plaintiff is responsible for providing (1) all documents to be served; and (2) the address for service of each defendant, to the United States Marshals service.

5.   The motion (#5) for appointment of counsel is <u>DENIED WITHOUT PREJUDICE</u> to renewal after the defendants have responded to the complaint.

6.   The motion (#6) for a writ of habeas corpus ad testificandum is <u>DENIED WITHOUT PREJUDICE</u> without prejudice to renewal in regards to a specific conference, hearing, or other proceeding in this action.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE